IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

BRAHMAJOTHI VASDEVAN     )
MULUGU,     )
     )
     Plaintiff,     )
     )
     v.     )     1:23-CV-957
     )
DUKE UNIVERSITY SCHOOL OF     )
MEDICINE, et al.,     )
     )
     Defendants.     )

## ORDER

The Memorandum Opinion and Recommendation of the United States Magistrate Judge was filed in accordance with 28 U.S.C. § 636(b) and the Clerk served the recommendation on the parties. No objections were filed. After consideration of the record, the Court hereby adopts the Magistrate Judge's Recommendation.

It is **ORDERED** that the motions to compel arbitration or dismiss, Docs. 11, 30, are **DENIED**. Defendants **SHALL** respond to the operative complaint within 14 days.

This the 29th day of August, 2024.

_____
UNITED STATES DISTRICT JUDGE