IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | | |
|---|---|---|
| BRAHMAJOTHI VASUDEVAN MULUGU, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | 1:23-CV-957 |
| DUKE UNIVERSITY, DONALD PATRICK MCDONNELL, MARY FRANCES EARLEY KLOTMAN, GEETA KRISHNA SWAMY, MOHAMED BAHIE ABOU-DONIA, COLIN STEPHEN DUCKETT, SHARON ADELE DOWELL-NEWTON, | ) ) ) ) ) ) ) ) ) ) ) | |
| Defendants. | ) | |

## **ORDER**

The Text Recommendation of the United States Magistrate Judge was filed in accordance with 28 U.S.C. § 636(b) and the Clerk served the recommendation on the parties. No objections were filed. After consideration of the record, the Court hereby adopts the Magistrate Judge's Recommendation in full.

It is **ORDERED** that:

1. This action is **DISMISSED** as against the late Dr. Mohamed Bahie Abou-Donia without prejudice under Federal Rule of Civil Procedure 4(m).

2. All claims under Title VII of the Civil Rights Act of 1964 and the Age Discrimination Act of 1967 against defendants Donald Patrick McDonnell,

Mary Frances Earley Klotman, Geeta Krishna Swamy, Colin Stephen Duckett, and Sharon Adele Dowell-Newton are **DISMISSED**.

3.  The plaintiff's motion for leave to amend the complaint, Doc. 50, remains pending before the Magistrate Judge.

This the 19th day of November, 2024.

 

_____
UNITED STATES DISTRICT JUDGE