IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
Civil Action No: 1:23-cv-00957-CCE-LPA

| | |
|---|---|
| BRAHMAJOTHI VASUDEVAN MULUGU,<br><br>    Plaintiff,<br><br>v.<br><br>DUKE UNIVERSITY SCHOOL OF MEDICINE, et al.<br><br>    Defendants. | |

## DEFENDANTS' NOTICE OF INTENT TO FILE DISPOSITIVE MOTION

NOW COME Defendants Duke University, Donald Patrick McDonnell, Mary Frances Earley Klotman, and Sharon Adele Dowell-Newton (collectively "Defendants")[1], by and through undersigned counsel and pursuant to LR 56.1(a), and hereby give notice of Defendants' intention to file a dispositive motion on or before June 30, 2025.

---

[1] With the Court's November 19, 2024 Order dismissing the Title VII claims against Geeta Krishna Swamy and Colin Stephen Duckett and the May 2, 2025 Text Order denying Plaintiff's final outstanding motion to amend, there are no claims pending against these former Defendants.

PPAB 12435409v1

Respectfully submitted this 11th day of June, 2025.

/s/ Tory Ian Summey
Tory Ian Summey
N.C. State Bar No. 46437
PARKER POE ADAMS & BERNSTEIN LLP
Bank of America Tower
620 South Tryon Street, Suite 800
Charlotte, North Carolina 28202
T: (704) 372-9000
F: (704) 334-4706
Email: torysummey@parkerpoe.com

Jeremy D. Locklear
N.C. State Bar No. 50842
PARKER POE ADAMS & BERNSTEIN LLP
PNC Plaza
301 Fayetteville Street, Suite 1400
Raleigh, North Carolina 27601
T: (919) 828-0564
F: (919) 834-4564
Email: jeremylocklear@parkerpoe.com

*Attorney for Defendants Duke University, Donald McDonnell, Mary Klotman, and Sharon Adele Dowell-Newton*

## CERTIFICATE OF SERVICE

I hereby certify that on this date the foregoing "***DEFENDANTS' NOTICE OF INTENT TO FILE DISPOSITIVE MOTION***" was electronically filed with the Clerk of Court using the CM/ECF system and served upon the *Pro Se* Plaintiff via the Court's electronic case filing system and pursuant to Pro Se Authorization Form to Receive Documents Electronically (Doc. No. 3).

This 11th day of June, 2025.

/s/ Tory Ian Summey
Tory Ian Summey
N.C. State Bar No. 46437
PARKER POE ADAMS & BERNSTEIN LLP
Bank of America Tower
620 South Tryon Street, Suite 800
Charlotte, North Carolina 28202
T: (704) 372-9000
F: (704) 334-4706
Email: torysummey@parkerpoe.com

Jeremy D. Locklear
N.C. State Bar No. 50842
PARKER POE ADAMS & BERNSTEIN LLP
PNC Plaza
301 Fayetteville Street, Suite 1400
Raleigh, North Carolina 27601
T:  (919) 828-0564
F:  (919) 834-4564
Email:  jeremylocklear@parkerpoe.com

*Attorneys for Defendants Duke University, Donald McDonnell, Mary Klotman, and Sharon Adele Dowell-Newton*