IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
Civil Action No: 1:23-cv-00957-CCE-LPA

| | |
|---|---|
| BRAHMAJOTHI VASUDEVAN MULUGU,<br><br>    Plaintiff,<br><br>v.<br><br>DUKE UNIVERSITY SCHOOL OF MEDICINE, et al.<br><br>    Defendants. | **DEFENDANTS' MOTION FOR SUMMARY JUDGMENT** |

   Pursuant to Rule 56 of the Federal Rules of Civil Procedure and LR 56.1(a), Duke University ("Duke"), Donald McDonnell ("McDonnell"), Mary Klotman ("Klotman"), and Sharon Dowell-Newton ("Dowell-Newton") (together, "Defendants"), by and through undersigned counsel, hereby move this Court of an order of summary judgment dismissing Plaintiff Brahmajothi Vasudevan Mulugu's ("Plaintiff") Amended Complaint in its entirety. Plaintiff cannot show a genuine dispute of material fact with respect to any of Plaintiff's claims and Defendants are therefore entitled to judgment as a matter of law. In support of this Motion, Defendants rely upon their Memorandum of Law in Support of Motion for Summary Judgment and the exhibits attached thereto.

   WHEREFORE, Defendants respectfully request that the Court grant summary judgment in their favor on Plaintiff's claims.

Respectfully submitted this 30th day of June, 2025.

/s/ Tory Ian Summey
Tory Ian Summey
N.C. State Bar No. 46437
PARKER POE ADAMS & BERNSTEIN LLP
Bank of America Tower
620 South Tryon Street, Suite 800
Charlotte, North Carolina 28202
T: (704) 372-9000
F: (704) 334-4706
Email: torysummey@parkerpoe.com

Jeremy D. Locklear
N.C. State Bar No. 50842
PARKER POE ADAMS & BERNSTEIN LLP
PNC Plaza
301 Fayetteville Street, Suite 1400
Raleigh, North Carolina 27601
T:  (919) 828-0564
F:  (919) 834-4564
Email:  jeremylocklear@parkerpoe.com

*Attorney for Defendants Duke University, Donald McDonnell, Mary Klotman, and Sharon Adele Dowell-Newton*

# CERTIFICATE OF SERVICE

I hereby certify that on this date the foregoing "**DEFENDANTS' MOTION FOR SUMMARY JUDGMENT**" was electronically filed with the Clerk of Court using the CM/ECF system and served upon the *Pro Se* Plaintiff via the Court's electronic case filing system and pursuant to Pro Se Authorization Form to Receive Documents Electronically (Doc. No. 3).

This 30th day of June, 2025.

/s/ Tory Ian Summey
Tory Ian Summey
N.C. State Bar No. 46437
PARKER POE ADAMS & BERNSTEIN LLP
Bank of America Tower
620 South Tryon Street, Suite 800
Charlotte, North Carolina 28202
T: (704) 372-9000
F: (704) 334-4706
Email: torysummey@parkerpoe.com

Jeremy D. Locklear
N.C. State Bar No. 50842
PARKER POE ADAMS & BERNSTEIN LLP
PNC Plaza
301 Fayetteville Street, Suite 1400
Raleigh, North Carolina 27601
T: (919) 828-0564
F: (919) 834-4564
Email: jeremylocklear@parkerpoe.com

*Attorneys for Defendants Duke University, Donald McDonnell, Mary Klotman, and Sharon Adele Dowell-Newton*